UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,           : | |
| :  | |
| Plaintiff,    : | |
| :  | Criminal No. 12-290 (SRC) |
| v.                               : | |
| :  | ORDER |
| MARTIN VILLALOBOS,                  : | |
| :  | |
| Defendant.    : | |
| :  | |
| :  | |

**CHESLER**, District Judge

The Court has received submissions from Gloria Villalobos, the mother of Defendant, Martin Villalobos, purporting to request relief on behalf of her son pursuant to a "power of attorney" granted to her by Defendant. These requests, made by a layperson on behalf of a litigant, cannot be entertained by the Court. It is well-established that while a layperson may represent himself in federal court, an individual who is not admitted to practice law may not act as an attorney for another. 28 U.S.C. § 1654. Federal statutory law provides as follows: "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, are permitted to manage and conduct causes therein." Id. A power of attorney does not permit one individual to represent another pro se in federal court. Williams v. United States, No. 12-1112, 2012 WL 1377854, at *2 (3d Cir. Apr. 20, 2012) (holding that a daughter's power of attorney for her father did not permit her to represent him in court). There is no indication that Gloria Villalobos is an attorney admitted to practice before this

Court, and it is clear that she is not the attorney of record for Defendant. She has no authority to file any pleading, request for relief, application or any other submission on behalf of Defendant. Accordingly,

    **IT IS** on this 14th day of September, 2012,

    **ORDERED** that no submission made on behalf of Defendant by an individual other than the Defendant himself or by the Defendant's attorney of record will be accepted for filing by this Court.

                                      s/Stanley R. Chesler  
                                      STANLEY R. CHESLER  
                                      United States District Judge