UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Criminal No. 12-290 (SRC) |
| v. | : | |
| | : | ORDER |
| MARTIN VILLALOBOS, | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

　　Pro se Defendant Martin Villalobos has filed a motion to seal certain documents, docketed on September 4, 2012 as entry number 44. Villalobos filed that motion under seal, and it appears that as such the United States of America does not have access to the filing. It further appears that Villalobos did not serve the United States of America with a hard copy of his motion papers. Therefore,

　　**IT IS** on this 19th day of September, 2012,

　　**ORDERED** that, within 5 days of the date of this order, Defendant Villalobos shall serve a copy of his September 4, 2012 motion to seal, together with all exhibits and other supporting documents also submitted with that filing, upon the United States of America.

　　　　　　　　　　　　　　　　　　　s/Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　United States District Judge