UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN J. VILLALOBOS,

        Defendant.

_____/

Criminal Action No. 12-290 (SRC)

ORDER

**CHESLER, District Judge**

    This matter comes before this Court on four motions filed by Defendant *pro se* Martin J. Villalobos: 1) the motion to dismiss the Superseding Indictment (Docket Entry No. 40); 2) the motion for bail (Docket Entry No. 43); 3) the motion for reconsideration of this Court's Order, Docket Entry No. 46, denying the defendant's request for the issuance of a Rule 17 subpoena (Docket Entry No. 57), and 4) the motion to seal the exhibits to his motion for bail (Docket Entry No. 65). This Court considered the parties' submission and held a hearing on October 4, 2012. For the reasons stated on the record at the hearing on October 4, 2012,

    **IT IS** on this 15 day of October, 2012,

    **ORDERED** that the Defendant's motion to dismiss (Docket Entry No. 40) is **DENIED**; and it is further

    **ORDERED** that the Defendant's motion for bail (Docket Entry No. 43) is **DENIED**; and it further

    **ORDERED** that the Defendant's motion for reconsideration (Docket Entry No. 57) is **DENIED**; and it is further

    **ORDERED** that the Defendant's motion to seal (Docket Entry No. 65) is **GRANTED** and

all the exhibits to his motion for bail (Docket Entry No. 43) are hereby sealed until further Order of this Court.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge