UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Hon. Stanley R. Chesler |
| v. | Criminal No. 12-290 |
| **MARTIN VILLALOBOS,** | <u>**ORDER FOR CONTINUANCE**</u> |
| **Defendant.** | |

This matter come before the Court on the Government's Motion to Continue (Docket Entry No. 61) seeking an adjournment of trial in the interest of justice to, *inter alia*, afford the defendant a reasonable opportunity to prepare for trial, and the Defendant's *ore tenus* request in open court on October 4, 2012 for a 90-day adjournment of trial to prepare his defense. Having considered the Government's motion and the defendant's *ore tenus* request and this Court having ruled on the record at the October 4, 2012 hearing that an adjournment is warranted, this Court finds as follows:

1. The Defendant requests a 90-day continuance of this matter to prepare for trial;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 19 day of October, 2012,

ORDERED that this action be, and hereby is, continued until January 8, 2013; and it is further

ORDERED that any motions are to be filed by Nov. 21, 2012; and it is further

ORDERED that any response is due on or before Dec. 3, 2012; and it is further

ORDERED that a motion hearing is scheduled for Dec 17, 2013 at 10:30 am

and it is further

ORDERED that trial in this matter shall commence on January 8, 2013 at 10:00 a.m.; and it is further

ORDERED that the period from October 4, 2012 through January 8, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge