UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN J. VILLALOBOS,

Defendant.

Criminal Action No. 12-290 (SRC)

ORDER

**CHESLER, District Judge**

This matter comes before this Court on the motion filed by Defendant *pro se* Martin J. Villalobos for reconsideration of this Court's Order, Docket Entry No. 54, that no submission made on behalf of Defendant by an individual other than the Defendant himself or by the Defendant's attorney of record will be accepted for filing by this Court (Docket Entry No. 68). For the reasons stated on the record at the hearing on October 4, 2012,

**IT IS** on this 19 day of October, 2012,

**ORDERED** that the Defendant's motion for reconsideration is **GRANTED**; and it is further

**ORDERED** the Defendant's mother, or any other person, may submit for filing any submission for the Defendant, as long as the Defendant prepares and signs the submission to be filed and no other person signs the submission as Attorney-In-Fact for the Defendant; and it is further

**ORDERED** that no submission signed by the Defendant's mother, or any other person, as the Defendant's Attorney-In-Fact, will be accepted for filing by this Court.

HONORABLE STANLEY R. CHESLER
United States District Judge