UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Criminal Action No. 12-290 (SRC)

v.

ORDER

MARTIN J. VILLALOBOS,

Defendant.

_____/

**CHESLER, District Judge**

This matter comes before this Court on four motions: 1) the defendant's motion for reconsideration of this Court's Order, Docket Entry No. 75, denying the defendant's motion to dismiss (Docket Entry No. 82); 2) the defendant's motion requesting the right to file pre-trial motions out of time (Docket Entry No. 85); 3) the defendant's motion for the return of property (Docket Entry No. 86); and 4) the Government's motion *in limine* to admit evidence pursuant to Federal Rule of Evidence 404(b) (Docket Entry No. 83). This Court considered the parties' submission and held a hearing on December 17, 2012. For the reasons stated on the record at the hearing on December 17, 2012,

**IT IS** on this 18 day of December, 2012,

**ORDERED** that the defendant's motion for reconsideration (Docket Entry No. 82) is **DENIED**; and it is further

**ORDERED** that the defendant's motion requesting the right to file pre-trial motions out of time (Docket Entry No. 85) is **DENIED**; and it further

**ORDERED** that the defendant's motion for the return of property (Docket Entry No. 86) is **DENIED**; and it is further

**ORDERED** that the Government's motion *in limine* to admit 404(b) evidence (Docket Entry No. 83) is **GRANTED**.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge