UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN J. VILLALOBOS,

Defendant.
_____/

Criminal Action No. 12-290 (SRC)

ORDER

**CHESLER, District Judge**

This matter comes before this Court on four motions: 1) the defendant's motion for reconsideration of this Court's Order, Docket Entry No. 91, granting the Government's motion in limine to admit evidence pursuant to Federal Rule of Evidence 404(b) (Docket Entry No. 92); 2) the defendant's motion requesting access to his Pretrial Services Report (Docket Entry No. 93); 3) the defendant's motion *in limine* to exclude photographs (Docket Entry No. 99); and 4) the defendant's motion *to continue* (Docket Entry No. 100). This Court considered the parties' submission and held a hearing on January 7, 2013. For the reasons stated on the record at the hearing on January 7, 2012 and prior to trial on January 8, 2013,

**IT IS** on this 10 day of January, 2013,

**ORDERED** that the defendant's motion for reconsideration (Docket Entry No. 92) is **DENIED**; and it is further

**ORDERED** that the defendant's motion requesting access to his Pretrial Services Report (Docket Entry No. 93) is **DENIED** as moot; and it further

**ORDERED** that the defendant's motion *in limine* to exclude photographs (Docket Entry No. 99) is **DENIED**; and it is further

**ORDERED** that the defendant's motion *to continue* (Docket Entry No. 100) is **DENIED**.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge